John W. Shaw [State Bar No. 82802]
Lane J. Lopez [State Bar No. 227998]
SHAW, TERHAR & LaMONTAGNE LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone: (213) 614-0400
Facsimile: (213) 629-4534

Attorneys for Defendant
HI-SPEED CHECKWEIGHER CO., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WALDRON, | **CASE NO.** CIV F-04-5860 AWI SMS |
| Plaintiff, | **STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF** (*FEDERAL RULES OF CIVIL PROCEDURE*, RULE 35) |
| vs. | |
| HI-SPEED CHECKWEIGHER CO., INC., and DOES 1 through 20, inclusive, | **DATE:** **May 21, 2005** <br> **TIME:** **12:15 p.m.** <br> **PLACE:** Randi A. Galli, M.D. <br> 2139 East Beechwood Ave. <br> Fresno, California 93720 |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE

ATTORNEYS OF RECORD:

The parties, by and through their respective counsel of record, hereby stipulate

to permit plaintiff CRYSTAL WALDRON to undergo an Independent Medical

Examination to be performed by Randy A. Galli, M.D., at his office, located at 2139

East Beechwood Avenue in Fresno, California 93720, on Saturday, May 21, 2005, at

12:15 p.m.

This Stipulation may be executed and submitted to the court in counterparts.  A

faxed copy of any and all necessary signature pages to this Stipulation may be

1    submitted to the court in lieu of the originals.

2         Defendant HI-SPEED CHECKWEIGHER CO., INC., will provide plaintiff

3    CRYSTAL WALDRON a report in compliance with Rule 35(b)(1) of the *Federal*

4    *Rules of Civil Procedure* upon receipt of such.

5         Should plaintiff CRYSTAL WALDRON fail to appear for the scheduled

6    Independent Medical Examination without giving three business days cancellation

7    notice, the doctor's fee incurred will be the responsibility of plaintiff CRYSTAL

8    WALDRON.  If plaintiff CRYSTAL WALDRON fails to appear for the scheduled

9    Independent Medical Examination, the parties will re-schedule the Independent

10   Medical Examination for the next date that both plaintiff CRYSTAL WALDRON and

11   V. Roy Smith, M.D. are available.

12        The following good cause exists for the granting of this Stipulation by the

13   court:

14        1.    Plaintiff CRYSTAL WALDRON alleges that she sustained personal injuries

15   during her use of a Re-Packer Machine allegedly designed, manufactured and sold by

16   defendant, HI-SPEED CHECKWEIGHER CO., INC.  At the time of the incident,

17   plaintiff was an employee of Kelly Temporary Services while working at the Kraft Foods

18   Facility in Fresno, California.

19        2.    HI-SPEED CHECKWEIGHER CO., INC. is alleged to have designed,

20   manufactured and distributed the subject machine involved in plaintiff's injuries.

21        3.    An Independent Medical Examination is necessary to determine the scope

22   and extent of plaintiff CRYSTAL WALDRON's injuries.

23        4.    A determination of the scope and extent of plaintiff CRYSTAL

24   WALDRON's injuries is necessary to evaluate plaintiff's claim for future lost income,

25   future lost earning potential, pain and suffering, and future need for health care.

26   ///

27   ///

28   ///

*///*

5.     In addition, the Independent Medical Examination will assist in the parties' efforts to determine the cause of the injury.


DATED: May 10, 2005                    LAW OFFICES OF EDWARD CHATOIAN


                                       By:   Edward B. Chatoian /S/
                                       EDWARD B. CHATOIAN
                                       Attorneys for Plaintiff,
                                       CRYSTAL WALDRON


DATED: May 10, 2005                    SHAW, TERHAR & LaMONTAGNE LLP


                                       By:  Lane J. Lopez /S/
                                       JOHN W. SHAW
                                       LANE J. LOPEZ
                                       Attorneys for Defendant,
                                       HI-SPEED CHECKWEIGHER CO.,
                                       INC.


IT IS SO ORDERED.

**Dated:    May 13, 2005                    /s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

04cv5860.stip.exam.wpd STIPULATION TO CONDUCT PHYSICAL EXAMINATION OF PLAINTIFF CRYSTAL WALDRON [F.R.C.P. 35]