1  **LAW OFFICES OF**
   **EDWARD B. CHATOIAN**
2  2607 Fresno Street
   **Fresno, California 93721**
   TELEPHONE (559) 485-0101
   FAX (559) 485-7643
3

4  EDWARD B. CHATOIAN II #63957

5  Attorneys for Plaintiff, CRYSTAL WALDRON

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * *

| | | |
|---|---|---|
| 11 CRYSTAL WALDRON , | ) | Case No. CIVF-04-5860 AWI SMS |
| 12              Plaintiff, | ) ) | DISMISSAL OF ENTIRE ACTION AND ORDER THEREON |
| 13      vs. | ) ) | |
| 14 HI-SPEED CHECK WEIGHER CO., INC., and DOES 1 to 20, inclusive. | ) ) ) | |
| 15 | ) | |
| 16              Defendants. | ) ) | |

17          Plaintiff CRYSTAL WALDRON shall and hereby does dismiss her Complaint in the

18  above-captioned matter in its entirety and with prejudice as to all parties pursuant to Rule

19  41(a)(1) of the Federal Rules of Civil Procedure.

20          Dated:  February 13, 2006.

21                                          LAW OFFICES OF EDWARD B. CHATOIAN

22

23                                          By /s/Edward B. Chatoian
                                              EDWARD B. CHATOIAN II
24                                            Attorneys for Plaintiff

25  / / /

26  / / /

27  / / /

28  / / /

|   |   |
|---|---|
| 1 | ORDER |

Plaintiff has filed a notice of voluntary dismissal.  In *Wilson v. City of San Jose*, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment.  The dismissal is effective on filing and no court order is required.  Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants.  Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought.  Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served.  Because Plaintiff has exercised his right to voluntarily dismiss his complaint under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is ordered to close this case in light of Plaintiff's Rule 41(a)(1) Voluntary Dismissal.

IT IS SO ORDERED.

Dated:   **February 15, 2006**               /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE